**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                           **MODIFIED CHAPTER 13 PLAN**

James David Duckstad and
Tammy Lynn Duckstad,
                                                                  Dated:   December 18, 2014
              DEBTORS.                                       Case No.:  14-60688

1. **DEBTOR'S PAYMENTS TO TRUSTEE** -
   a. As of the date of this plan, the Debtors has paid the trustee **$0.00.**
   b. After the date of this plan, the Debtors will pay the trustee **$994.00** for one month beginning December 4, 2014 for a total of $994.00, **$1,000.00** per month for **54** months beginning on January 4, 2015 for a total of $54,000.00, and **$1,200.00** per month for 5 months beginning on July 4, 2019 for a total of $6,000.00.
   c. The debtor will also pay the trustee **$0.00**.
   d. The debtor will pay the trustee a total of **$60,994.00.** [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE** - The trustee will pay from available funds only creditors for which proofs of claim have been filed.  The Trustee may collect a fee of up to 10% of plan payments, or $6,099.00  [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** – The Trustee will promptly pay from available funds adequate protection payments to creditors holding allows claims secured by personal property, according to the following schedule, beginning in month one(1).

|   | Creditor | Monthly Payment | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|
| a. | _____ | $ _____ | _____ | $ _____ |
|   | **TOTAL** |   |   | $ _____ |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASE [§365]** – The debtor assumes the following executory contracts or unexpired leases.  Cure provisions, if any, are set forth in ¶ 7.

|   | Creditor | Description of Property |
|---|---|---|
| a. | _____ | _____ |

5. **CLAIMS NOT IN DEFAULT -** Payments on the following claims are current and the debtor will pay the payments that come due after the date of the petition was filed directly to the creditors.  The creditors will retain liens, if any.

|   | Creditor | Description of Claim |
|---|---|---|
| a. | Chase Bank USA | Homestead |

b. Ocwen Loan Servicing, LLC        Homestead
c. Fifth Third Bank                 2013 Kia Soul

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and §1322(e)]** - The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates.* The trustee will pay the actual amounts of default.

| Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. | $ | | | | $ |
| b. | $ | | | | $ |
| c. TOTAL | | | | | **$0.00** |

7. **CLAIMS IN DEFAULT [§ 1322(b)(3) and (5) and § 1322(e)]** - The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. *All following entries are estimates, except for interest rate.*

| Creditor | Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. | $ | | | | | $ |
| b. TOTAL | | | | | | **$0.00** |

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** - The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327 AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | Int. Rate | Beginning in Month # | (Monthly x Payments) | (Number of Payments) | = on Account of Claim) | (Payments + Protection from ¶3) | (Adequate | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| a. | $ | $ | | | $ | | $ | $ | $ | |
| b. TOTAL | | | | | | | | | | **$0.00** |

9. **PRIORITY CLAIMS** – The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates.* The trustee will pay the amounts actually allowed.

| Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. Attorney Fees | $ 1,250.00 | | | | $1,250.00 |
| b. Domestic support | $ | | | | |
| c. IRS | $ | | | | |
| d. MN Dept of Rev. | $ | | | | |
| e. TOTAL | | | | | **$1,250.00** |

10. **SEPARATE CLASS OF UNSECURED CREDITORS** - In addition to the class of unsecured creditors specified in ¶ 11, there shall be a separate class of non-priority unsecured creditors described as follows:_____ The trustee will pay the allowed claims of the following creditors. *All entries below are estimates.*

| Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. ____ | __ | $__ | $__ | __ | __ | $ |
| b. ____ | __ | $__ | $__ | __ | __ | $ |
| c. TOTAL | | | | | | $ __ |

11. **TIMELY FILED UNSECURED CREDITORS** - The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $53,645.00[line l(d) minus lines 2, 6(c), 7(b), 8(b), 9(e) and 10(c)].

a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are **$0.00.**
b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are **$187,162.55.**
c. Total estimated unsecured claims are **$187,162.55** [line 11(a) + line 11(b) ].

NOTE:

12. **TARDILY -FILED UNSECURED CREDITORS** - All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10 or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. **OTHER PROVISIONS –**

The Debtors shall sent the Trustee each year during the Chapter 13 Plan copies of federal and state income tax returns at the time they are filed.  The Debtors shall also promptly report to the Trustee the receipt of any federal and state tax refunds for the duration of this Chapter 13 case.  The Debtors shall be entitled to retain the first $1,200.00 (single debtor or single tax return filer) or $2,000.00 (joint debtor or joint tax return filer), plus any earned income credit (EIC).  Any remaining amount shall be turned over to the Chapter 13 Trustee as additional plan payments.

The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. All disposable income including tax refunds shall be applied to the plan payments under this plan.

The Debtors shall pay their first mortgage to Chase Bank USA, their second mortgage to Ocwen Loan Servicing, LLC and their auto loan to Fifth Third Bank outside of this plan.

The Debtors' intention is to not reaffirm the debt with Dell listed on Schedule D. The Debtors' intention is to surrender the collateral relative to the debt in favor of Dell. Any remaining debt owed to Dell shall be treated as an unsecured debt.

The Debtors' intention is to not reaffirm the debt with Polaris, Capital One Retail Services listed on Schedule D. The Debtors' intention is to surrender the collateral relative to the debt in favor of Polaris, Capital One Retail Services. Any remaining debt owed to Polaris, Capital One Retail Services shall be treated as an unsecured debt.

## 14. SUMMARY OF PAYMENTS

| | |
|---|---|
| Trustee's Fee [Line 2] | $6,099.00 |
| Home Mortgage Defaults [Line 6(c)] | $0.00 |
| Claims in Default [Line 7(d)] | $0.00 |
| Other Secured Claims [Line 8(d)] | $0.00 |
| Priority Claims [Line 9(f)] | $1,250.00 |
| Separate Classes [Line 10(c)] | $ 0.00 |
| Unsecured Creditors [Line 11] | $53,645.00 |
| **TOTAL [must equal Line 1(d)]** | **$60,994.00** |

Duffy Law Office

/ e / Seamus P. Duffy
Seamus P. Duffy
Attorney for Debtor
PO Box 715
Thief River Falls, MN 56701
Telephone (218) 681-8524
Attorney ID # 332 136

Signed: _____
James David Duckstad, DEBTOR

Signed: _____
Tammy Lynn Duckstad, DEBTOR

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:

James David Duckstad and
Tammy Lynn Duckstad,                            Bky No:  14-60688

        Debtors.                            Chapter 13 Case

**NOTICE OF CONFIRMATION HEARING**

**TO:    ALL INTERESTED PARTIES**

     **YOU WILL PLEASE TAKE NOTICE**, that the Confirmation Hearing in this matter is scheduled for **January 27, 2015 at 10:00 a.m.** at the Courtroom #2, U.S. Post Office Building, 118 S Mill Street, Fergus Falls, Minnesota 56537.  If you want to be heard on this case, you should plan on appearing at the above date and time.

Date:  December 18, 2014

                                          DUFFY LAW OFFICE


                                          */e/ Seamus P. Duffy*
                                          Seamus P. Duffy
                                          Attorney for Debtor
                                          P.O. Box 715
                                          Thief River Falls, MN  56701
                                          218-681-8524
                                          Attorney ID #  332 136

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

James David Duckstad and
Tammy Lynn Duckstad,                                BKY No:  14-60688

           Debtors.                                     Chapter 13 Case

## UNSWORN CERTIFICATE OF SERVICE

      I, Carol Adensam, certify that on December 18, 2014, I caused a copy of the **Modified Chapter 13 Plan and Notice of Confirmation Hearing** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an E-notice of the electronic filing to the following:

Kyle Carlson    info@carlsonch13mn.com, barnesvillemn13@ecf.epiqsystems.com
US Trustee    ustpregion12.mn.ecf@usdoj.gov,


      **AND**

      I, Carol Adensam, declare under penalty of perjury that on December 18, 2014, I mailed copies of the foregoing **Modified Chapter 13 Plan and Notice of Confirmation Hearing** first class mail postage prepaid to each entity named below at the address stated below for each entity:

See Attached List

Executed on: December 18, 2014.


                                              Signed:   */e/ Carol Adensam*
                                                        Carol Adensam
                                                        DUFFY LAW OFFICE
                                                       PO Box 715
                                                       Thief River Falls, MN 56701
                                                       218-681-8524

```
ACCOUNTS RECEIVABLE MANAGEMENT
P O  BOX 129
THOROFARE  NJ  08086-0129



AEGIS RECEIVABLES MANAGEMENT I
ATTN   PAYMENT PROCESSING
P O  BOX 165809
IRVING  TX  75016



AMERICAN EXPRESS
BOX 0001
LOS ANGELES  CA  90096-0001



AR SOLUTIONS  INC
P O  BOX 26095
COLUMBUS  OH  43226



ASSOCIATED REVOCERY SYSTEMS
P O  BOX 469046
ESCONDIDO  CA  92046-9046



ATLANTIC CREDIT & FINANCE  INC
P O  BOX 12966
ROANOKE  VA  24030-2966



BANK OF AMERICA
P O  BOX 851001
DALLAS  TX  75285-1001



BANK OF AMERICA
P O  BOX 37271
BALTIMORE  MD  21297-3271
```

```
BANK OF AMERICA
P O  BOX 15726
WILMINGTON  DE  19886-5726


BANK OF AMERICA
P O  BOX 17054
WILMINGTON  DE  19886-7054


BARCLAY CARD
CARDMEMBER SERVICES
P O  BOX 13337
PHILADELPHIA  PA  19101-3337


BP
CARDMEMBER SERVICE
P O  BOX 94014
PALATINE  IL  60094-4014


BREMER BANK
202 WEST JOHNSON AVENUE
P O  BOX 85
WARREN  MN  56762


CAPITAL ONE BANK
P O  BOX 60024
CITY INDUST  CA  91716-0024


CHASE
CHASE HOME REFINANCE GROUP
P O  BOX 29505
PHOENIX  AZ  85038-9505


CHASE
P O  BOX 15298
WILMINGTON  DE  19850-5298
```

CHASE BANK USA
P O  BOX 15298
WILMINGTON  DE  19850


CLIENT SERVICES  INC
3451 HARRY TRUMAN BLVD
SAINT CHARLES  MO  63301-4047


CREDITORS FINANCIAL GROUP  LLC
P O  BOX 440290
AURORA  CO  80044-0290


CREDITORS INTERCHANGE
80 HOLTZ DRIVE
BUFFALO  NY  14225


DELL
PAYMENT PROCESSING CENTER
P O  BOX 6403
CAROL STREAM  IL  60197-6403


DISCOVER CARD
P O  BOX 30395
SALT LAKE CITY  UT  84130-0395


ELITE RECOVERY SERVICES  INC
P O  BOX 3474
BUFFALO  NY  14240-3474


FIA CARD SERVICES
P O  BOX 22021
GREENSBORO  NC  27420-2021

```
FIFTH THIRD BANK
P O  BOX 630778
CINCINNATI   OH  45263-0778



FINANCIAL RECOVERY SERVICES
P O  BOX 385908
MINNEAPOLIS  MN  55438-5908



FIRST NATIONAL COLLECTION BUREAU  INC
P O  BOX 51660
SPARKS  NV  89435



GM CARD MEMBER SERVICES
DEPT 9600
CAROL STREAM   IL  60128-9600



GURSTEL CHARGO
6681 COUNTRY CLUB DRIVE
MINNEAPOLIS  MN  55427



HASTER LAW OFFICE
6640 SHADY OAK ROAD  STE  340
EDEN PRAIRIE  MN  55344



JC PENNY
P O  BOX 965009
ORLANDO  FL  32896-5009



JOHN G  NEAL
ATTORNEY AT LAW
30 NORTHWOODS BLVD  STE  100B
COLUMBUS  OH  43235
```

```
KOHL'S
P O  BOX 2983
MILWAUKEE  WI  53201-2983



LAW OFFICE OF CURTIS O  BARNES
P O  BOX 1390
ANAHEIM  CA  92815-1390



LAW OFFICES OF MITCHELL N  KAY
P O  BOX 9006
SMITHTOWN  NY  11787-9006



LHR  INC
56 MAIN STREET
HAMBURG  NY  14075-4905



MANN BRACKEN  LLC
ONE PACES WEST  STE  1400
2727 PACES FERRY ROAD
ATLANTA  GA  30339



NATIONWIDE CREDIT  INC
P O  BOX 740640
ATLANTA  GA  30374-0640



NCO FINANCIAL SYSTEMS  INC
507 PRUDENTIAL ROAD
HORSHAM  PA  19044



NCO FINANCIAL SYSTEMS  INC
P O  BOX 61247
DEPT 64
VIRGINIA BEACH  VA  23466
```

```
NIAGARA CREDIT SOLUTIONS   INC
420 LAWRENCE BELL DRIVE
STE  #2
BUFFALO  NY  14221-7820



NORTH VALLEY HEALTH CENTER
300 WEST GOOD SAMARITAN DRIVE
WARREN  MN  56762-1412



OCWEN LOAN SERVICING   LLC
P O  BOX 24871
WEST PALM BEACH  FL  33416-4781



POLARIS
CAPITAL ONE RETAIL SERVICES
DEPT  7680
CAROL STREAM  IL  60116-7680



SEARS GOLD MASTERCARD
P O  BOX 6936
THE LAKES  NV  88901-6936



SENTRY CREDIT   INC
P O  BOX 12070
EVERETT  WA  98206-2070



SIMM ASSOCIATES   INC
P O  BOX 7526
NEWARK  DE  19714-7526



SLATE
CARDMEMBER SERVICE
P O  BOX 94014
PALATINE  IL  60094-4014
```

```
STUDENT LOAN FINANCE CORPORATION
124 SOUTH FIRST STREET
ABERDEEN   SD   57401-4107



UNITED RECOVERY SYSTEMS   LP
P O  BOX 722929
HOUSTON  TX  77272-2929



US BANK
P O  BOX 790408
SAINT LOUIS  MO  63179-0408



WELTMAN  WEINBERG & REIS CO
P O  BOX 93596
CLEVELAND  OH  44101-5596



YORHOM
1200 SOUTH COLUMBIA ROAD
GRAND FORKS  ND  58201
```